IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTHONY D'APOLITO, | : |
| | : |
| Plaintiff, | : Case No. 4:17-cv-00192 |
| | : |
| v. | : JUDGE CHRISTOPHER BOYKO |
| | : |
| EASTERN GATEWAY COMMUNITY COLLEGE DISTRICT, *et al.*, | : |
| | : |
| Defendants. | : |

**DEFENDANTS' UNOPPOSED MOTION FOR BRIEF ENLARGEMENT OF TIME TO FILE SETTLEMENT AGREEMENT**

Defendants respectfully move this Court for a brief one-week enlargement of time, until October 5, 2017, to file the Settlement Agreement resolving this matter. The parties engaged in mediation with Magistrate Judge Parker on August 28, 2017, and successfully resolved this matter in full. The parties executed a hand-written draft Settlement Agreement, indicated that a fully-executed agreement would be submitted to the Court within thirty (30) days, thereby being due on September 28, 2017.

Defendants seek an enlargement of time of one-week, until October 5, 2017, to file the executed Settlement Agreement. This enlargement is requested due recent intervening deadlines, coordinating with Defendants during the busy start of the academic semester, and the resulting accumulated press of business.

This motion is not interposed for delay or any other improper or dilatory purpose, and Defendants submit that good cause exists for the motion.

Counsel for Plaintiff does not object to this enlargement pursuant to e-mail authorization on September 26, 2017.

Respectfully submitted,

**MICHAEL DEWINE (0009181)**
**Ohio Attorney General**

*/s/ James D. Miller*
_____
JAMES D. MILLER (0080357)
*Lead Trial Counsel*
Assistant Attorney General
Ohio Attorney General's Office
Education Section
30 East Broad Street, 16th Floor
Columbus, OH 43215
(614) 644-7250 – Telephone
(614) 644-7634 – Facsimile
james.miller@ohioattorneygeneral.gov

RORY P. CALLAHAN (0072021)
Assistant Attorney General
Ohio Attorney General's Office
Employment Law Section
30 East Broad Street, 23rd Floor
Columbus, OH 43215
(614) 644-7257 – Telephone
(614) 752-4677 – Facsimile
rory.callahan@ohioattorneygeneral.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Defendants' Unopposed Motion for Enlargement of Time to File Settlement Agreement* was served upon the parties to this matter on September 26, 2017 via the Court's electronic filing service.

*/s/ James D. Miller*
_____
JAMES D. MILLER (0080357)
Assistant Attorney General